UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ZACH MAUPIN,                                                                                          Plaintiff,

v.                                                                            Civil Action No. 3:23-cv-159-DJH-CHL

JEFFERSON COUNTY BOARD OF
EDUCATION,                                                                                          Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 23) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

July 31, 2024

David J. Hale, Judge
United States District Court